UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-1881
_____

OLIVER LAWAL; DAOSAMID BOUNTHISANE; GAZALI SHITTU,

Appellants

v.

MARK MCDONALD; WILLIAM RILEY; FREDERICK R. CHOW

_____

(E.D. Pa. No. 2-12-cv-03599)
_____

SUR PETITION FOR PANEL REHEARING
_____

Present: HARDIMAN, SHWARTZ and SCIRICA, <u>Circuit Judges</u>

The petition for rehearing filed by appellants and the answer filed by

appellees in the above-entitled case having been submitted to the judges who participated

in the decision of this Court, it is hereby O R D E R E D that the petition for rehearing by

the panel is granted. A revised opinion and judgment will be issued.

BY THE COURT,

s/Patty Shwartz
Circuit Judge

Dated: February 26, 2014
tmm/cc: Jim R. Ogorzalek, Esq.

Tillman J. Breckenridge, Esq.
Viveca D. Parker, Esq.
Tara A. Brennan, Esq.